# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2016

Robert P. Young, Jr.,
Chief Justice

153046(14)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

ATTORNEY GRIEVANCE COMMISSION,
   Plaintiff,

v              SC: 153046

ATTORNEY DISCIPLINE BOARD,
   Defendant.
_____/

   On order of the Chief Justice, the motion of defendant to file a written response to the reply briefs is GRANTED. The response submitted on March 30, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2016

